UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDEN GUINN,

Plaintiff,

v.

LIVE NATION WORLDWIDE, INC., a foreign corporation; PARKWOOD ENTERTAINMENT, LLC, a foreign corporation; FIRST & GOAL, INC., a Washington for profit corporation; and UNKNOWN CORPORATION XYZ,

Defendants.

C25-1091 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Linden Guinn's Motion to Continue Trial Date, docket no. 33, is GRANTED as follows. The Court enters the following amended scheduling order:

| **JURY TRIAL DATE** | **February 16, 2027** |
|---|---|
| All motions in limine should be filed by<br><br>All motions in limine shall be presented in a joint submission, which shall be noted for the same day it is filed[1] | January 22, 2027 |

[1] The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii)

| | |
|---|---|
| Agreed Pretrial Order due[2] | January 29, 2027 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | January 29, 2027 |
| Pretrial Conference to be held at 10:00 AM on | February 5, 2027 |

All other provisions of the Court's prior scheduling order, docket no. 16, that are not inconsistent with the foregoing remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of August, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

---

any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendants' disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e–mail sent to the following address: ZillyOrders@wawd.uscourts.gov.